## MARCH 15, 1989

No. A–727. WHITMORE, INDIVIDUALLY AND AS NEXT FRIEND OF SIMMONS v. ARKANSAS. Application for stay of execution of sentence of death, presented to JUSTICE BLACKMUN, and by him referred to the Court, granted pending the timely filing and disposition by this Court of a petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates

1074

automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.